October 29, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

CYNTHIA STERNBERG, Appellant

NO. 14-15-00191-CV                    V.

LYDIA MARRERO LANGSTON TRUST, KATHERINE LANGSTON STOETZEL, JAMES WRIGHT LANGSTON, JR., KENNETH LOUIS LANGSTON, AND DR. JAMES WRIGHT LANGSTON, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 9, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Cynthia Sternberg.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.